# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

Suraj Vasal

**CIVIL NUMBER:  4:26-cv-00066-SHL-WPK**

               Petitioner,

v.                        **JUDGMENT IN A CIVIL CASE**

Department of Homeland Security et al

               Respondent,

☑ **DECISION BY COURT**.  This action came before the Court.  The matter has been fully submitted and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**:

Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted. Judgment entered in favor of petitioner against respondent. Case closed.

Date: May 5, 2026

                        CLERK, U.S. DISTRICT COURT

                    /s/ B.German
                    _____

                    By: Deputy Clerk